UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Jane Doe *(a pseudonym)*, | Case No. 18-cv-3419 (WMW/LIB) |
| Plaintiff, | |
| | **ORDER** |
| v. | |
| North Homes, Inc.; Devin Michael Wood; Connie Ross; John Does 1 - 5; and John Does 6 - 10, | |
| Defendants. | |

---

This matter is before the Court on Defendant Devin Michael Wood's application to proceed *in forma pauperis* (IFP).  (Dkt. 74.)  When a party files an affidavit in accordance with 28 U.S.C. § 1915(a) and prepays any partial filing fee as required by 28 U.S.C. § 1915(b), a district court may direct payment by the United States of certain expenses, including "printing the record on appeal in any civil or criminal case, if such printing is required by the appellate court" and "preparing a transcript of proceedings before a United States magistrate . . . in any civil or criminal case."  28 U.S.C. § 1915(c).  Prisoners who bring civil actions or file an appeal IFP must pay the full amount of the filing fee that might later be owed in the matter so long as the individual remains a prisoner, notwithstanding a grant of IFP status.  28 U.S.C. § 1915(b).

It is unclear what relief Wood seeks by applying for IFP status.  Wood did not initiate the present action and Wood did not file an appeal in response to the dismissal of this action.  Accordingly, Wood is not responsible for the filing fee in this matter, nor is

Wood responsible for an appellate filing fee.  But because Wood qualifies financially for IFP status and his application is not necessarily moot, *see* 28 U.S.C. § 1915(c) (discussing costs for which an IFP litigant is eligible for waiver), Wood's IFP application is granted.  The Court observes, however, that because Wood is a prisoner, he remains subject to the requirements of 28 U.S.C. § 1915(b).

Based on the foregoing analysis and all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Defendant Devin Michael Wood's application to proceed *in forma pauperis*, (Dkt. 74), is **GRANTED**.

Dated:  May 15, 2020
s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge